# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SOFTWARE RIGHTS ARCHIVE, LLC | |
| v. | Civil Case No. 2:07-cv-511 (CE) |
| GOOGLE INC., YAHOO! INC., IAC SEARCH & MEDIA, INC., AOL, LLC, AND LYCOS, INC. | |

### ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME TO FILE DEFENDANTS' SUR-REPLY IN OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE DEFENDANTS' INVALIDITY CONTENTIONS

Before the Court is Defendant Yahoo! Inc.'s Unopposed Motion to Extend Time to File Defendants' Sur-Reply in Opposition to Plaintiff's Motion to Strike Defendants' Invalidity Contentions. Based on the arguments presented in the motion and the Plaintiff not being opposed, the Court hereby GRANTS the motion.

Accordingly, it is ORDERED that Defendants shall have until March 26, 2010 to file their Sur-Reply in Opposition to Plaintiff's Motion to Strike.

SIGNED this 12th day of March, 2010.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE